UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEN SILVEUS
    Plaintiff,

v.
                                       CIVIL ACTION NO. 22-12127-MPK

CITY OF BROCKTON,
BROCKTON POLICE DEPARTMENT,
MARK CELIA,
ERIC BURKE, and
WILLIAM SCHLIEMAN,
    Defendants.

ORDER ON PLAINTIFF'S MOTION FOR
LEAVE TO PROCEED IN FORMA PAUPERIS (#2)

ORDER TO REASSIGN TO A DISTRICT JUDGE AND
REPORT AND RECOMMENDATION OF DISMISSAL

KELLEY, U.S.M.J.

Before the court is pro se plaintiff, Ben Silveus's, motion for leave to proceed in forma pauperis. (#2.) The court allows the motion and orders that the action be reassigned to a District Judge with a recommendation to the District Judge that the action be dismissed with prejudice for the reasons set forth below.

I.     Order to Reassign to a District Judge.

This action was drawn to the undersigned United States Magistrate Judge. (#3.) The parties have not indicated whether they consent or refuse to consent to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c). This is to be expected where, as here, a summons does not issue pending a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915(e)(2).

6/23/23
I adopt the
report and
recommendation